344 A.2d 467
**Christopher POWELL, Appellee,**

v.

**Thomas GOWER and Dorothy Gower, Appellants.**

Supreme Court of Pennsylvania.

Argued April 30, 1974.

Decided Oct. 3, 1975.

Herbert Somerson, Martin J. Resnick, Philadelphia, Zarwin, Baum, Arangio & Somerson, P. C., Philadelphia, for appellants.

Stanley M. Schwarz, Philadelphia, Paul M. Perlstein, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellants.